**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Donald L. Brown, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 24-CV-11553-AK |
| v. | ) | |
| | ) | |
| Synchrony Bank et al, | ) | |
| | ) | |
| Defendant (s). | ) | |

### ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 15] entered on 1/31/2025, it is hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 1/31/2025                                                                                   By the Court,

                                                                                                                /s/ Courtney Horvath
                                                                                                                Deputy Clerk